

# MANDATE

# The Fourteenth Court of Appeals

NO. 14-15-00264-CV

Texas Department of Insurance, Division of Workers' Compensation, Appellant

v.

Linda Green, Appellee

Appealed from the 133rd District Court of Harris County. (Tr. Ct. No. 2010-25688). Opinion delivered Per Curiam.

**TO THE 133RD DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on April 9, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 2, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Texas Department of Insurance, Division of Workers' Compensation.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, June 19, 2015.



CHRISTOPHER A. PRINE, Clerk